**Frances L. Waymon FOX,**
**Plaintiff–Appellant,**

v.

NORTH CAROLINA DEPARTMENT OF HEALTH & HUMAN SERVICES; H. David Bruton, Dr.; Lynda D. McDaniel, Director; James B. Upchurch, Chief; Cumberland County Department of Social Services; Philip Leary; Kathy Thomaseec, d/b/a Touch of Grace No. 2 Nursing Home; Wanda Shepherd, a/k/a Miss Smith; Carrol Walter Waymon, Brother of Plaintiff; John Ervin Waymon, a/k/a Joseph Spencer, Brother of Plaintiff; Carolle O. Waymon, a/k/a Carolle O. Spencer, a/k/a Ora C. Spencer, his wife; William Isaac Waddell, Jr., a/k/a Bill, Nephew of Plaintiff; Margaret Waddell, his wife; Rachel Ann Waddell Addison, Niece of Plaintiff; Susan J. Hall; David R. Hall, her husband; Clinton Wilburn, Dr., M.D.; Carmen Jean Battle, Defendants–Appellees.

No. 00–2582.

United States Court of Appeals,
Fourth Circuit.

Submitted June 21, 2001.

Decided June 27, 2001.

Frances L. Waymon Fox, pro se.

June Seley Ferrell, Office of the Attorney General of North Carolina, Raleigh, NC; Douglas Edward Canders, Cumberland County Attorney's Office, Steven Craig Lawrence, Anderson, Broadfoot, Johnson & Pittman, Susan Joyce Hall,

David R. Hall, Carmen J. Battle, Fayetteville, NC, for appellees.

Before WIDENER and GREGORY, Circuit Judges, and HAMILTON, Senior Circuit Judge.

PER CURIAM.

Frances L. Waymon Fox appeals the district court's decision dismissing this diversity action. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *Fox v. North Carolina Dep't of Health & Human Svcs.*, No. CA–00–319–5–H–2 (E.D.N.C. Nov. 3, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*